Ingrid REEVES, Plaintiff–Appellant,

v.

C.H. ROBINSON WORLDWIDE, INC., Defendant–Appellee.

No. 07–10270.

United States Court of Appeals, Eleventh Circuit.

May 29, 2009.

Douglas L. Micko, Sprenger & Lang, PLLC, Minneapolis, MN, Byron Renard Perkins, Cochran Firm, Birmingham, AL, Kell A. Simon, Ross Melton, PC, Austin, TX, Michael D. Lieder, Sprenger & Lang, PLLC, Washington, DC, for Plaintiff–Appellant.

Margaret Campbell, Ogletree Deakins Nash Smoak & Stewart, P.C., Atlanta, GA, David Lynn Warren, Jr., Sandra B. Reiss, Christopher A. Mixon, Ogletree Deakins Nash Smoak & Stewart, P.C., Birmingham, AL, for Defendant–Appellee.

Before EDMONDSON, Chief Judge, and TJOFLAT, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, and PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestion

of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.